### RAY THOMAS et al. v. STATE.

No. A-5644.  Opinion Filed June 10, 1926.
(246 Pac. 1118.)

Patton & Adwon and Claude Nowlin, for plaintiffs in error.

The Attorney General, for the State.

PER CURIAM. The plaintiffs in error were each sentenced to serve 30 days in jail and pay a fine of $50 for the unlawful possession of corn whisky. Jointly they move to dismiss the appeal from such judgment and sentence. The motion is allowed, and the appeal dismissed accordingly. Mandate to issue forthwith, ordering the trial court to excuse the judgment therein rendered.